IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02963-MJW

DAVID WEAVER,

Plaintiff,

v.

SAM SILVA,
ROSS BLANK, and
CITY OF STEAMBOAT SPRINGS, COLORADO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant City of Steamboat Springs' Unopposed Motion to Vacate and Re-Set Scheduling Conference (Docket No. 8) is granted in part to the extent that the Scheduling Conference set on January 7, 2015, at 9:00 a.m. is VACATED and RESET on January 27, 2015, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties shall file their proposed Scheduling Order on or before January 20, 2015.

Date: January 2, 2015