IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action:   14-cv-02963-RM-NYW | Date: August 31, 2015 |
| Courtroom Deputy:   Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| DAVID WEAVER, | *Grant Patrick Bursek (via telephone)* |
| **Plaintiff,** | |
| v. | |
| SAM SILVA, | *Peter H. Doherty* |
| ROSS BLANK, | *Surbhi Garg* |
| CITY OF STEAMBOAT SPRINGS, COLORADO, | *Josh Adam Marks* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 3:01 p.m.

Appearance of counsel.

Discussion and argument held on Motion for Leave to File Second Amended Complaint [44] filed June 12, 2015.

Parties do not anticipate a need to extend the discovery cut-off based on the filing of an Amended Complaint.

For the reasons stated on the record, it is

**ORDERED:   Motion for Leave to File Second Amended Complaint [44] is DENIED. Plaintiff is granted leave to file a Third Amended Complaint on or before September 8, 2015.  The Parties are ordered to meet and confer regarding an**

>**appropriate Third Amended Complaint that may be submitted pursuant to Fed. R. Civ. P. 15(a).**

If parties have difficulty coming to an agreement, parties may participate in an informal dispute process. Counsel is instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, parties may initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal conference. Parties may need to submit materials to chambers.

Court in Recess: 3:25 p.m.          Hearing concluded.          Total time in Court:    00:24

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.