**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  14-cv-02963-RM-NYW

DAVID WEAVER,

      Plaintiff,

v.

SAM SILVA,
ROSS BLANK, and
CITY OF STEAMBOAT SPRINGS, COLORADO,

      Defendants.

---

**ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE**

---

THIS MATTER COMES before the Court on the Stipulated Motion for Dismissal of Defendants Sam Silva and Ross Blank with Prejudice (ECF No. 64) filed pursuant to Fed. R. Civ. P. 41.  After carefully reviewing the file in this matter, and being otherwise fully advised, I find that the Motion should be granted and Defendants Sam Silva and Ross Blank should be dismissed with prejudice from this action.  Accordingly, it is

**ORDERED** that the Stipulated Motion for Dismissal of Defendants Sam Silva and Ross Blank (ECF No. 64) is **GRANTED**.  Defendants Sam Silva and Ross Blank are **DISMISSED WITH PREJUDICE** from this proceeding; and it is

**FURTHER ORDERED** that the caption of this case is amended to remove the names of Defendants Sam Silva and Ross Blank.

DATED this 30th day of September, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge