IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02963-RM-NYW

DAVID WEAVER,

    Plaintiff,

v.

SAM SILVA,
ROSS BLANK,
CITY OF STEAMBOAT SPRINGS, COLORADO,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter is before the court on the Joint Stipulated Motion Concerning the Second Amended Complaint and the Third Amended Complaint ("Joint Motion") [#66] filed on September 29, 2015, which was referred to this Magistrate Judge pursuant to the Order of Reference dated January 7, 2015 [#15], the Reassignment dated February 10, 2015 [#20], and the Memorandum September 29, 2015 [#67].  Upon consideration of the Parties' Joint Motion and the Order of Dismissal of Parties With Prejudice ("Order of Dismissal") dated September 30, 2015 [#69] and the Parties' Stipulated Motion for Dismissal of Defendant City of Steamboat Springs, Colorado [#70] filed on October 12, 2015, and finding good cause, **IT IS ORDERED**:

(1) The Joint Motion [#66] is **GRANTED**;
(2) The Clerk of the Court is **DIRECTED TO RESTRICT** documents [#44-1] and [#58-1] as Level 1 restricted documents;
(3) The Clerk of the Court is **DIRECTED TO ACCEPT** the filing of [#66-1] and [#66-2] pursuant to a **Notice of Filing Substitute Exhibits**, but nothing in this Order suggests that either the proposed Second Amended Complaint [#66-1] or the Third Amended Complaint [#66-2] have been accepted for filing; and
(4) The previously scheduled Status Conference set for October 13, 2015 at 11:30 a.m. is hereby **VACATED**.

DATED:  October 13, 2015