**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-02963-RM-NYW

DAVID WEAVER,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS, COLORADO,

    Defendant.

---

**ORDER**

---

THIS MATTER COMES before the Court on the Stipulated Motion for Dismissal of Defendant City of Steamboat Springs, Colorado (ECF No. 70) filed pursuant to Fed. R. Civ. P. 41. Upon consideration of the Motion, and being otherwise fully advised, it is

(1) **ORDERED** that the Stipulated Motion for Dismissal of Defendant City of Steamboat Springs, Colorado (ECF No. 70) is **GRANTED** and Defendant City of Steamboat Springs, Colorado is **DISMISSED WITH PREJUDICE** from this proceeding, with each party to pay his or its own attorney's fees and costs; and it is

(2) **FURTHER ORDERED** that there being no remaining claims or parties, the Clerk of the Court is directed to close this case.

DATED this 19th day of October, 2015.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge